# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE DANE ANDERS NIELSEN,<br><br>Debtor. | BAP No. CO-15-059 |
| KEVIN D. HEUPEL and HEUPEL LAW,<br><br>Appellants,<br><br>v.<br><br>DANE ANDERS NIELSEN,<br><br>Appellee. | Bankr. No. 12-36010<br>Chapter 7<br><br>ORDER TRANSFERRING APPEAL<br>TO U.S. DISTRICT COURT<br><br>January 12, 2016 |

    The matter before the Court is the Optional Appellee Statement of Election to Proceed in District Court ("Election") filed by Dane Anders Nielsen ("Appellee"). In the Election, Appellee has timely filed an objection to the disposition of this matter by this Court.

    Pursuant to 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure 8005(b), it is HEREBY ORDERED that:

    (1)    This appeal is transferred to the United States District Court.

    (2)    Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) All documents related to this appeal are transmitted to the United States District Court.

For the Panel:

*Blaine F. Bates*

Blaine F. Bates
Clerk of Court